# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNELL LITTLES, by and through his guardian ad litem JANET BUTLER,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant | Case No.: 09-at-430<br><br>ORDER |

The court having considered the petition of CONNELL LITTLES for the appointment of JANET BUTLER as guardian ad litem for CONNELL LITTELS who is a minor and good cause appearing therefore.

**IT IS HEREBY ORDERED** that JANET BUTLER be, and she is, hereby appointed as guardian ad litem for CONNELL LITTLES, a plaintiff in the above-entitled action, and she is authorized to institute and prosecute the action mentioned in the petition.

DATE:   June 5, 2009

/s/ Gary S. Austin
The Honorable Gary S. Austin
United States Magistrate Court Judge